IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LEE SMITH,

    Plaintiff,

v.                                                      CASE NO. 1:06-cv-00053-MP-AK

FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be dismissed pursuant to 28 U.S.C. § 1915(g). The report was signed by the Magistrate on Monday, May 15, 2006. A copy of the report was mailed to the Plaintiff, but was returned to the Court as non-deliverable. Therefore, having considered the Report and Recommendation, as well as Plaintiff's failure to keep the Court informed of his current address, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is dismissed pursuant to 28 U.S.C. § 1915(g).

    **DONE AND ORDERED** this  *12th* day of July, 2006

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge